## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Margaret Melillo, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-CV-1829 JNE/FLN |
| v. | ) |
| | ) |
| Commercial Recovery Systems, Inc. | ) |
| and John Doe, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                           MARTINEAU, GONKO & VAVRECK, PLLC

Dated: December 4, 2009           s/ Mark L. Vavreck                                           .
                                         Mark L. Vavreck, Esq.
                                         Attorney I.D.#0318619
                                         Designers Guild Building
                                         401 North Third Street, Suite 600
                                         Minneapolis, MN 55401
                                         mvavreck@mgvlawfirm.com
                                         Telephone: (612) 659-9500
                                         Facsimile:   (612) 659-9220

                                         ATTORNEY FOR PLAINTIFF